**Affirmed as Modified and Opinion Filed April 6, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-00061-CR
No. 05-14-00062-CR
No. 05-14-00063-CR

**TASHIMA NICOLE EVERHART, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F-0825802-S; F-0825716-S; and F-0825717-S**

## MEMORANDUM OPINION

Before Justices Francis, Lang-Miers, and Whitehill
Opinion by Justice Francis

Tashima Nicole Everhart was convicted of fraudulent use or possession of less than five items of identifying information/habitual, assault on a public servant, and forgery of a financial instrument/check. In each case, she was given a suspended sentence and placed on community supervision. She was subsequently convicted on a new charge of fraudulent use or possession of fifty or more items of identifying information, and the trial court revoked her probation on all three previous offenses and sentenced her to two years in state jail on the forgery charge and five years in prison on the other two charges, with all sentences to run concurrently.

Appellant's attorney filed a brief in which he concludes the appeals are wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967). The brief presents a professional evaluation of the records showing why, in effect, there

are no arguable grounds to advance. *See High v. State*, 573 S.W.2d 807, 811–12 (Tex. Crim. App. [Panel Op.] 1978). Counsel delivered a copy of the brief to appellant. We advised appellant of her right to file a pro se response, but she did not file a pro se response. *See Kelly v. State*, 436 S.W.3d 313, 319–21 (Tex. Crim. App. 2014) (identifying duties of appellate courts and counsel in *Anders* cases).

We have reviewed the record and counsel's brief. *See Bledsoe v. State*, 178 S.W.3d 824, 826–27 (Tex. Crim. App. 2005) (explaining appellate court's duty in *Anders* cases). We agree the appeals are frivolous and without merit. We find nothing in the record that might arguably support the appeals.

Although not an arguable issue, we note the judgment revoking community supervision in No. 05-14-00061-CR (fraudulent use or possession of less than five items of identifying information/habitual) does not reflect appellant's pleas or the trial court's findings on two enhancement paragraphs alleged in the indictment. The pleas and findings are reflected on the original judgment placing appellant on community supervision. Accordingly, we modify the trial court's judgment revoking community supervision in No. 05-14-00061-CR to reflect that appellant pleaded true to both the first and second enhancement paragraphs and the trial court found true both the first and second enhancement paragraphs. *See* TEX. R. APP. P. 43.2(b); *Asberry v. State*, 813 S.W.2d 526, 529–30 (Tex. App.—Dallas 1991, pet. ref'd).

We affirm the judgments in Nos. 05-14-00062-CR and 05-14-00063-CR. As modified, we affirm the judgment in 05-14-00061-CR and order the trial court to enter an amended judgment revoking community supervision reflecting the above modifications.

Do Not Publish
TEX. R. APP. P. 47.2(b)
140061F.U05

/Molly Francis/
MOLLY FRANCIS
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

TASHIMA NICOLE EVERHART,
Appellant

No. 05-14-00061-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 282nd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. F-0825802-S.
Opinion delivered by Justice Francis;
Justices Lang-Miers and Whitehill
participating.

Based on the Court's opinion of this date, the judgment of the trial court is **MODIFIED** as follows:

To reflect (1) a Plea of True to the 1st and 2nd Enhancement Paragraphs and (2) a Finding of True to the 1st and Second Enhancement Paragraphs.

As **MODIFIED**, the judgment is **AFFIRMED**.

Judgment entered April 6, 2015.



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

TASHIMA NICOLE EVERHART,
Appellant

No. 05-14-00062-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 282nd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. F-0825716-S.
Opinion delivered by Justice Francis;
Justices Lang-Miers and Whitehill
participating.

Based on the Court's opinion of this date, the judgment of the trial court is **AFFIRMED**.

Judgment entered April 6, 2015.



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

TASHIMA NICOLE EVERHART,
Appellant

No. 05-14-00063-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 282nd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. F-0825717-S.
Opinion delivered by Justice Francis;
Justices Lang-Miers and Whitehill
participating.

Based on the Court's opinion of this date, the judgment of the trial court is **AFFIRMED**.

Judgment entered April 6, 2015.